| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ  08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com | |
| In re:<br><br>    **Robert J. Carothers, Jr.**<br><br>    **Debtor(s)** | Case No.:    **23-18017**<br><br>Chapter:    **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## CERTIFICATION OF SERVICE

1. I, <u>Warren S. Jones, Jr.</u>:

    ☒ represent the Debtor in the above-captioned matter.

    ☐ am the secretary/paralegal for __, who represents the
    __ in the above-captioned matter.

    ☐ am the __ in the above case and am representing myself.

2. On <u>11/16/23</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. **Notice of Bankruptcy Case**
    2. **Notice of Hearing on Confirmation of Plan (13)**
    3. **Last Modified Plan Filed (13)**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **11/16/23**                                              **/s/ WARREN S. JONES, JR.**
                                                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Carothers, Jr.<br>218 High Street<br>Browns Mills, NJ 08015 | **Debtor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|  | **Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| JCP&L<br>880 Pinewald Keswick Rd<br>Manchester Township, NJ  08759 | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| JCP&L Legal Department<br>76 South Main Street<br>Akron, OH  44308 | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|  | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|  | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
|  | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |