Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18017−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert J. Carothers Jr.
  218 High Street
  Browns Mills, NJ 08015

Social Security No.:
  xxx−xx−7211

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2023.

Dated: December 19, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert J. Carothers, Jr.  
    Debtor

Case No. 23-18017-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 19, 2023      Form ID: plncf13      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Carothers, Jr., 218 High Street, Browns Mills, NJ 08015-2017 |
| 520023735 | + | Financeoamra, 300 Welsh Road Building 5, Horsham, PA 19044-2250 |
| 520079122 | | JCP&L, 880 Pinewald Keswick Rd, Manchester Township, NJ 08759 |
| 520079123 | + | JCP&L Legal Department, 76 South Main Street, Akron, OH 44308-1812 |
| 520023722 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520023723 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:15:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520023724 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:02:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520023725 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 19 2023 21:02:12 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520023726 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 19 2023 21:02:26 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520028125 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2023 21:02:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520054392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2023 21:02:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520056100 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2023 21:15:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520023728 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:02:08 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520023727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:03:02 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520023729 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520023730 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 520023731 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2023 21:02:20 | Credit One Bank, Attn: Bankruptcy Department, |

Case 23-18017-MBK   Doc 25   Filed 12/21/23   Entered 12/22/23 00:16:46   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520023732 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2023 21:02:06 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520029511 | | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520023734 | + | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520023733 | + | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520023736 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2023 20:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520109711 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 19 2023 20:56:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520023737 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520023738 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520091519 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2023 21:02:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520075589 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 19 2023 21:03:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520023740 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 19 2023 21:02:44 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520023739 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 19 2023 21:15:47 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520023742 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2023 20:56:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520023741 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2023 20:56:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520023743 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 19 2023 20:56:00 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520023745 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2023 21:02:44 | Syncb/Car Care, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520023744 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2023 21:02:12 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520023746 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2023 21:02:20 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520023747 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2023 21:26:44 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520023748 | | Email/Text: bankruptcies@uplift.com | Dec 19 2023 20:55:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520024981 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 19 2023 21:02:22 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520079658 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2023 21:02:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520023749 | | Uplift, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Robert J. Carothers  Jr. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 4