| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-18017 / MBK**

Robert J. Carothers, Jr.

Petition Filed Date: 09/14/2023
341 Hearing Date: 11/09/2023
Confirmation Date: 12/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/12/2023 | $421.00 | | 10/20/2023 | $421.00 | | 11/03/2023 | $421.00 | |
| 11/17/2023 | $421.00 | | 12/01/2023 | $421.00 | | 12/18/2023 | $421.00 | |
| 01/02/2024 | $421.00 | | 01/12/2024 | $421.00 | | | | |

**Total Receipts for the Period:  $3,368.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $3,368.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Carothers, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Esq.<br>»»  AMENDED DISCLOSURE 10/4/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»»  P/218 HIGH ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $2,410.77 | $0.00 | $2,410.77 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»»  2018 JEEP COMPASS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,081.35 | $0.00 | $1,081.35 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,395.44 | $0.00 | $1,395.44 |
| 6 | MIDFIRST BANK<br>»»  P/218 HIGH ST/1ST MTG | Mortgage Arrears | $34,991.79 | $1,930.30 | $33,061.49 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $135.36 | $0.00 | $135.36 |
| 8 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,182.09 | $0.00 | $1,182.09 |
| 9 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $744.02 | $0.00 | $744.02 |
| 10 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $2,186.06 | $0.00 | $2,186.06 |

**Chapter 13 Case No. 23-18017 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,368.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,930.30 | Current Monthly Payment: | $781.00 |
| Paid to Trustee: | $279.52 | Arrearages: | ($482.00) |
| Funds on Hand: | $1,158.18 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

