| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| WARREN S. JONES, JR., ESQUIRE<br>Bar #16294<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>(609) 261-5252 fax | |
| In Re:<br>    Robert J. Carothers, Jr. | Case No.:  23-18017<br><br>Judge:  Michael B. Kaplan<br><br>Chapter:  13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objections to the following:

1. ☐     Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____ at _____ a.m.

   OR

   ☒     Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for August 14, 2024 at 9:00 a.m.

   ☐     Certification of Default filed by _____, creditor,

   I am requesting a hearing be scheduled on this matter.

   OR

   ☐     Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows: Credit has rejected payments which led to a Motion for Relief which was granted. Debtor has filed a motion to reinstate the stay and amend the treatment to incorporate conduit mortgage payments. This motion, if granted, would make the Trustee's motion moot.

☐ Other: Click or tap here to enter text.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: July 4, 2024                    /s/  **Robert J. Carothers, Jr.**
                                      Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.JN.J. LBR 9013-(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

## CERTIFICATION OF SERVICE

1. I, **Warren S. Jones, Jr.**, represent the DEBTOR(S) in this matter.

2. On **Thursday, July 04, 2024,** I sent a copy of the foregoing to the parties listed in the chart below.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **July 4, 2024**                                                                         **/s/ WARREN S JONES, JR.**
                                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Robert Carothers, Jr.**<br><br>**218 High Street**<br>**Browns Mills, NJ  08015** | **Debtor(s)** | ☒ Regular Mail |
| **Albert Russo, Standing Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | **Trustee** | ☒ Notice of Electronic Filing (ECF) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |