Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23–18017–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert J. Carothers Jr.
  218 High Street
  Browns Mills, NJ 08015

Social Security No.:
  xxx–xx–7211

Employer's Tax I.D. No.:

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

  Please be advised that on December 19, 2024, the court entered the following quality control message on the court's docket in the above–captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:38 Application re: Capitalize Plan Payments and Provide Conduit Payments Filed by Warren S. Jones Jr. on behalf of Robert J. Carothers Jr.. Objection deadline is 12/26/2024. (Attachments: # 1 Proposed Order) filed by Debtor Robert J. Carothers) (km)

Dated: December 19, 2024
JAN: km

                                                        Jeanne Naughton
                                                        Clerk