| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

Warren S. Jones, Jr., Esq.
1 Trinity Lane
Mount Holly, NJ 08060-1747
Attorney for Debtor(s)



**Order Filed on December 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Robert J. Carothers, Jr.

Debtor(s)

Case No. 23-18017 / MEH

Judge: Honorable Mark Edward Hall

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 27, 2024**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $14,830.05 paid to date (15 month[s])
    - $2,540.00 for 45 month[s] beginning 1/1/25

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 23-18017-MEH
Robert J. Carothers, Jr.                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 1
Date Rcvd: Dec 27, 2024             Form ID: pdf903             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

**Recip ID    Recipient Name and Address**
db    + Robert J. Carothers, Jr., 218 High Street, Browns Mills, NJ 08015-2017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2024             Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
    on behalf of Debtor Robert J. Carothers  Jr. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 5