| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-18017 / MEH**

Robert J. Carothers, Jr.

Petition Filed Date: 09/14/2023
341 Hearing Date: 11/09/2023
Confirmation Date: 12/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $421.00 | | 01/12/2024 | $421.00 | | 02/26/2024 | $360.47 | |
| 03/08/2024 | $360.47 | | 03/22/2024 | $360.47 | | 04/05/2024 | $360.47 | |
| 04/19/2024 | $360.47 | | 05/03/2024 | $360.47 | | 05/17/2024 | $360.47 | |
| 06/03/2024 | $360.47 | | 06/14/2024 | $360.47 | | 06/28/2024 | $360.47 | |
| 07/12/2024 | $360.47 | | 07/26/2024 | $360.47 | | 08/09/2024 | $360.47 | |
| 08/23/2024 | $360.47 | | 09/09/2024 | $360.47 | | 09/20/2024 | $781.00 | |
| 10/04/2024 | $781.00 | | 10/21/2024 | $781.00 | | 11/01/2024 | $781.00 | |
| 11/18/2024 | $781.00 | | 12/02/2024 | $1,075.00 | | 12/13/2024 | $1,075.00 | |
| 12/23/2024 | $98.00 | | | | | | | |

**Total Receipts for the Period: $12,402.05    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,198.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Carothers, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Jr., Esq.<br>»» AMENDED DISCLOSURE 10/4/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/218 HIGH ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $2,410.77 | $0.00 | $2,410.77 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 2018 JEEP COMPASS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,081.35 | $0.00 | $1,081.35 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,395.44 | $0.00 | $1,395.44 |
| 6 | MIDFIRST BANK<br>»» P/218 HIGH ST/1ST MTG | Mortgage Arrears | $33,464.04 | $5,112.88 | $28,351.16 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $135.36 | $0.00 | $135.36 |
| 8 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,182.09 | $0.00 | $1,182.09 |
| 9 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $744.02 | $0.00 | $744.02 |
| 10 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRST ENERGY | Unsecured Creditors | $2,186.06 | $0.00 | $2,186.06 |

**Chapter 13 Case No. 23-18017 / MEH**

| 11 | MIDFIRST BANK<br>»»  P/318 HIGH ST/REG. MTG. PMTS. /ORDER 8/22/24 | Ongoing Mortgage | $0.00 | $5,146.52 | $0.00 |
|---|---|---|---|---|---|
| 12 | MIDFIRST BANK<br>»»  P/218 HIGH ST/POST-PET ARREARS ORDER 8/22/24 | Mortgage Arrears | $5,879.30 | $0.00 | $5,879.30 |
| 13 | MIDFIRST BANK<br>»»  P/218 HIGH ST/ATTY FEES ORDER 8/22/24 | Mortgage Arrears | $899.00 | $187.92 | $711.08 |
| 14 | MIDFIRST BANK<br>»»  P/218 HIGH ST/GAP PAYMENTS ORDER 8/22/24 | Mortgage Arrears | $2,351.72 | $2,351.72 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,198.05 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,799.04 | Current Monthly Payment: | $2,540.00 |
| Paid to Trustee: | $1,163.67 | Arrearages: | $1,220.00 |
| Funds on Hand: | $2,235.34 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**

