Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−18017−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert J. Carothers Jr.
  218 High Street
  Browns Mills, NJ 08015

Social Security No.:
  xxx−xx−7211

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 14, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18017-MEH
Robert J. Carothers, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 14, 2026     Form ID: 148     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Carothers, Jr., 218 High Street, Browns Mills, NJ 08015-2017 |
| 520023735 | + | Financeoamra, 300 Welsh Road Building 5, Horsham, PA 19044-2250 |
| 520079122 | | JCP&L, 880 Pinewald Keswick Rd, Manchester Township, NJ 08759 |
| 520079123 | + | JCP&L Legal Department, 76 South Main Street, Akron, OH 44308-1812 |
| 520023722 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520023723 | + | EDI: CAPITALONE.COM | Jan 15 2026 01:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520023724 | + | EDI: CAPITALONE.COM | Jan 15 2026 01:53:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520023725 | + | EDI: CAPONEAUTO.COM | Jan 15 2026 01:53:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520023726 | | EDI: CAPONEAUTO.COM | Jan 15 2026 01:53:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520028125 | + | EDI: AISACG.COM | Jan 15 2026 01:53:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520054392 | + | EDI: AISACG.COM | Jan 15 2026 01:53:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520056100 | + | EDI: AIS.COM | Jan 15 2026 01:53:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520023728 | + | EDI: CITICORP | Jan 15 2026 01:53:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520023727 | + | EDI: CITICORP | Jan 15 2026 01:53:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520023729 | + | EDI: WFNNB.COM | Jan 15 2026 01:53:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520023730 | + | EDI: WFNNB.COM | Jan 15 2026 01:53:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 520023731 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 21:03:40 | Credit One Bank, Attn: Bankruptcy Department, |

Case 23-18017-MEH    Doc 47    Filed 01/16/26    Entered 01/17/26 00:16:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 14, 2026 | Form ID: 148 | Total Noticed: 41 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520023732 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 21:03:26 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520029511 | EDI: DISCOVER | Jan 15 2026 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520023734 | + EDI: DISCOVER | Jan 15 2026 01:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520023733 | + EDI: DISCOVER | Jan 15 2026 01:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520023736 | EDI: IRS.COM | Jan 15 2026 01:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520109711 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jan 14 2026 20:59:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520023737 | + EDI: CAPITALONE.COM | Jan 15 2026 01:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520023738 | + EDI: CAPITALONE.COM | Jan 15 2026 01:53:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520091519 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 21:16:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520075589 | + EDI: AISMIDFIRST | Jan 15 2026 01:53:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520023740 | + EDI: AISMIDFIRST | Jan 15 2026 01:53:00 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520023739 | + EDI: AISMIDFIRST | Jan 15 2026 01:53:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520023742 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2026 20:59:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520023741 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2026 20:59:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520023743 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 14 2026 20:59:00 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520023745 | + EDI: SYNC | Jan 15 2026 01:53:00 | Syncb/Car Care, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520023744 | + EDI: SYNC | Jan 15 2026 01:53:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520023746 | + EDI: SYNC | Jan 15 2026 01:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520023747 | + EDI: SYNC | Jan 15 2026 01:53:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520023748 | Email/Text: bankruptcies@uplift.com | Jan 14 2026 20:59:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520024981 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2026 21:03:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520079658 | + EDI: AIS.COM | Jan 15 2026 01:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

Case 23-18017-MEH    Doc 47    Filed 01/16/26    Entered 01/17/26 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 148 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520023749 | | Uplift, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Robert J. Carothers Jr. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5